**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 279 WAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Published Opinion and Order** of |
| v. | : | the Superior Court at No. 1820 WDA |
| | : | 2014, at 141 A.3d 1287 (Pa. Super. |
| | : | 2016) entered on June 16, 2016, |
| JOHN ROBERT CARLEY, JR., | : | **affirming** the Judgment of Sentence of |
| | : | the Allegheny County Court of Common |
| Petitioner | : | Pleas at No. CP-02-CR-0007537-2013 |
| | : | entered on October 16, 2014 |

## ORDER

**PER CURIAM**

**AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED TO** the following issue as framed by Petitioner:

> When a defendant, following an arrest for DUI, refuses to provide blood for the purposes of chemical testing, is enhanced criminal punishment under 75 Pa.C.S. § 3803(b)(4) and 75 Pa.C.S. § 3804(c) constitutional, when such refusal constitutes the right to refuse a warrantless search, such right provided by the Fourth Amendment to the Constitution of the United States of America?

The Petition is otherwise **DENIED**. The order of the Superior Court affirming Petitioner's judgment of sentence is **VACATED**, and the case is **REMANDED** to the Superior Court for further consideration in light of Birchfield v. North Dakota, 136 S. Ct. 2160 (2016). Jurisdiction relinquished.